In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00399-CR
_____

IN RE PAUL R. DESILETS

_____

Original Proceeding
359th District Court of Montgomery County, Texas
Trial Cause No. 08-12-11262-CR (2)
_____

MEMORANDUM OPINION

Paul R. Desilets petitioned for a writ of mandamus to compel the trial court

to rule on motions that Desilets filed in 2014 in connection with a post-conviction

habeas corpus proceeding. *See generally* Tex. Code Crim. Proc. Ann. art. 11.07

(West 2015). The appendix to Desilets's mandamus petition includes documents

that show that the Court of Criminal Appeals denied habeas relief on June 8, 2016.

The mandamus petition relates directly and exclusively to motions filed in

connection with a post-conviction application for a writ of habeas corpus. The

Court of Criminal Appeals possesses exclusive authority to grant relief in a post-

1

conviction habeas corpus proceeding where there is a final felony conviction. *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Accordingly, we deny the petition for writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on November 1, 2016
Opinion Delivered November 2, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.